UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Swisszan Cardoso, et al,

    Plaintiffs,

-against-

Paramount Foods Inc., et al,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2020

1:15-cv-07674 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of a motion to enforce the settlement agreement, filed by Plaintiff on April 1, 2020. (*See* ECF No. 103.) Defendants' opposition, if any, shall be filed no later than Monday, April 27, 2020.

**SO ORDERED.**

DATED:    New York, New York
              April 13, 2020

_____
STEWART D. AARON
United States Magistrate Judge