UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
Swisszan Cardoso, et al.,

                Plaintiffs,

                15 **CIV** 7674 (SDA)

      -against-                **JUDGMENT**

Paramount Foods Inc., et al.,

                Defendants.
---------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated April 30, 2020, Plaintiffs' motion to enforce the Settlement Agreement is granted in part and denied in part; Judgment is entered in favor of Plaintiffs Swisszan Cardoso, Diomedes Garcia, Alexis Scott, Anthony Mata, Arju Mossamat, Jonathan Carrasco, Marino Disla and Saroj Maharjan, and against Defendants Paramount Foods Inc., Devi Group Ltd., Rakesh Aggarwal and Rohan Aggarwal, jointly and severally, in the amount of $49,600.

**DATED**: New York, New York
          April 30, 2020

                                          **RUBY J. KRAJICK**
                                                _____
                                                Clerk of Court
                                  By: _____
                                            Deputy Clerk